A CERTIFIED TRUE COPY

AUG 28 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

United States District Court
Southern District of Texas
FILED

SEP 07 2007

Michael N. Milby
Clerk of Court

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 10 2007

FILED
CLERK'S OFFICE

# *UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *MDL NO. 1842*

## *IN RE Kugel Mesh Hernia Patch Products Liability Litigation*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-3)*

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). Since that time, 32 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 28 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy

DAVID A. DIMARZIO
By Paulette J. [signature]
Deputy Clerk

13

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## MDL NO. 1842
## IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. DIV. C.A. # | | | CASE CAPTION | Rhode Island Case No. |
|---|---|---|---|---|
| ALABAMA NORTHERN | | | | |
| ALN | 2 | 07-1157 | Stephanie Theoret v. Davol, Inc., et al. | CA 07-1888 |
| CALIFORNIA EASTERN | | | | |
| CAE | 1 | 07-1046 | Sue Divjak, et al. v. C.R. Bard, Inc., et al. | CA 07-1889 |
| FLORIDA SOUTHERN | | | | |
| FLS | 1 | 07-21928 | Antonio Sanchez v. Davol, Inc., et al. | CA 07-1890 |
| LOUISIANA WESTERN | | | | |
| LAW | 2 | 07-1199 | Walter W. Rutherford v. Davol, Inc., et al. | CA 07-1891 |
| MISSOURI WESTERN | | | | |
| MOW | 6 | 07-3222 | Doris Periman v. Davol, Inc., et al. | CA 07-1892 |
| NORTH CAROLINA MIDDLE | | | | |
| ~~NCM~~ | ~~1~~ | ~~07-532~~ | ~~Angel Marie Wilson, etc. v. C.R. Bard, Inc., et al.~~ Opposed 8/28/07 | |
| OREGON | | | | |
| ~~OR~~ | ~~3~~ | ~~07-1081~~ | ~~Jon Snyder, et al. v. Davol, Inc., et al.~~ Opposed 8/21/07 | |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-2393 | Margaret M. Allison v. Davol, Inc., et al. | CA 07-1893 |
| TXS | 4 | 07-2397 | Helmut G. Andres v. Davol, Inc., et al. | CA 07-1894 |
| TXS | 4 | 07-2399 | Patricia W. Byrd v. Davol, Inc., et al. | CA 07-1895 |
| TXS | 4 | 07-2400 | Joseph G. Cattell v. Davol, Inc., et al. | CA 07-1896 |
| TXS | 4 | 07-2402 | Ivy J. Collins, III v. Davol, Inc., et al. | CA 07-1897 |
| TXS | 4 | 07-2405 | Ida F. Dillon v. Davol, Inc., et al. | CA 07-1898 |
| TXS | 4 | 07-2408 | Wilma M. Knotts v. Davol, Inc., et al. | CA 07-1899 |
| TXS | 4 | 07-2411 | Billy Richard Davidson v. Davol, Inc., et al. | CA 07-1900 |
| TXS | 4 | 07-2414 | Arthur L. Lewis v. Davol, Inc., et al. | CA 07-1901 |
| TXS | 4 | 07-2416 | Roy E. Newsom, Sr. v. Davol, Inc., et al. | CA 07-1902 |
| TXS | 4 | 07-2419 | Charles M. Nichols v. Davol, Inc., et al. | CA 07-1903 |
| TXS | 4 | 07-2421 | Ricky A. Phares v. Davol, Inc., et al. | CA 07-1904 |
| TXS | 4 | 07-2422 | Jocelyn P. Riebe v. Davol, Inc., et al. | CA 07-1905 |
| TXS | 4 | 07-2423 | Patsy A. Shepherd v. Davol, Inc., et al. | CA 07-1906 |
| TXS | 4 | 07-2424 | Pamela A. Wilson v. Davol, Inc., et al. | CA 07-1907 |
| TXS | 4 | 07-2425 | Susan Theresa Roberts v. Davol, Inc., et al. | CA 07-1908 |
| TXS | 4 | 07-2427 | Dorothy May Wurtz-Bright v. Davol, Inc., et al. | CA 07-1909 |